**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**I. Dean FULTON, Petitioner**

**No. 411 EAL 2016**

Supreme Court of Pennsylvania.

January 23, 2017

## ORDER

PER CURIAM

**AND NOW,** this 23rd day of January, 2017, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to the remaining issue. The issues, as stated by Petitioner, are:

a. The Superior Court's opinion is contrary to *Riley/Wurie* which held that the warrantless search of a flip top cell phone is prohibited without any expectation for minimal intrusion.

b. The Superior Court's opinion is contrary to this Court's opinion in *Story*

and *La Rosa* which held that a constitutional error cannot be harmless unless there is independent evidence that is untainted, uncontradicted and overwhelming.

Justice Mundy did not participate in the consideration or decision of this matter.

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**James PORTER, Petitioner**

**No. 398 EAL 2016**

Supreme Court of Pennsylvania.

January 23, 2017

## ORDER

PER CURIAM

**AND NOW,** this 23rd day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**